# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**MARLON MALLORY**                                                **PLAINTIFF**
**ADC #142660**

v.                     **CASE NO. 4:20-CV-00829-BSM**

**AARON SMITH**                                                   **DEFENDANT**

## ORDER

After *de novo* review of the record, including Marlon Mallory's objections, United States Magistrate Judge Jerome Kearney's recommended disposition [Doc. No. 3] is adopted, and the complaint [Doc. No. 2] is dismissed with prejudice for failure to state a claim. This dismissal counts as a "strike" for the purposes of 28 U.S.C. section 1915(g). It is certified that an *in pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 13th day of August, 2020.

                                                                       _____
                                                                       UNITED STATES DISTRICT JUDGE