IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARLON MALLORY**                                                                                    **PLAINTIFF**
**ADC #142660**

v.                                        CASE NO. 4:20-CV-00829-BSM

**AARON SMITH**                                                                                       **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 13th day of August, 2020.


_____
UNITED STATES DISTRICT JUDGE